IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERYL WHITNUM, | No. 3:18-CV-02137 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE MEADOWS AT STROUD FOR NURSING AND REHABILITATION, LLC D/B/A THE GARDENS AT STROUD, | |
| Defendant. | |

### ORDER

**AND NOW**, this 30th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment (Doc. 30) is **GRANTED IN PART AND DENIED IN PART**.

    a. Summary judgment is granted as to Counts 1 and 3 (discrimination). The Clerk of Court shall defer entry of summary judgment on these Counts until the conclusion of this case.

    b. Summary judgment is denied as to Counts 2 and 4 (retaliation).

2. A telephonic conference call with counsel of record will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge